## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| INTERNET COMMUNICATIONS SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, SKYPE COMMUNICATIONS S.A.R.L., AND SKYPE INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:14-cv-189<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING DEFENDANTS' UNOPPOSED
### MOTION FOR LEAVE TO FILE UNDER SEAL

Having considered Defendants Microsoft Corporation, Skype Communications S.A.R.L.,

and Skype Inc.'s Motion for Leave to File Under Seal, the Court hereby **GRANTS** said Motion

(Dkt. No. 23). It is ORDERED that Defendants Microsoft Corporation, Skype Communications

S.A.R.L., and Skype Inc are granted leave to file their Motion to Dismiss or Transfer UNDER SEAL.

**So ORDERED and SIGNED this 6th day of May, 2014.**


_____

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE