IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INTERNET COMMUNICATIONS SOLUTIONS LLC, | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:14-cv-00189 JURY TRIAL DEMANDED |
| Plaintiff, | | |
| v. | | |
| MICROSOFT CORPORATION, SKYPE COMMUNICATIONS S.A R.L., AND SKYPE INC., | | |
| Defendants. | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Agreed Motion to Dismiss with Prejudice.  After considering the Motion and finding that good cause exists for its entry, it is hereby ORDERED that Defendants Microsoft Corporation, Skype Communications S.A R.L., and Skype Inc. be and are hereby DISMISSED from the above-entitled and numbered cause with prejudice, that the counterclaims of Defendants Microsoft Corporation, Skype Communications S.A R.L., and Skype Inc. against Internet Communications Solutions LLC are DISMISSED with prejudice, and that each party shall bear its own costs and fees.

The Clerk of the Court is directed to close the above-captioned action.

**So Ordered and Signed on this**

**Jan 15, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE